## BASH ET AL. v. RISINGER.

[No. 11,849. Filed May 13, 1924.]

From Hamilton Circuit Court; *Fred E. Hines*, Judge.

Action between Roy F. Bash and others and Willis A. Risinger. From the judgment rendered, the former appeal. *Affirmed.*

*Cassius M. Gentry, Ernest E. Cloe* and *Frank S. Campbell*, for appellants.

*Eli P. Myers* and *Shirts & Fertig*, for appellee.

PER CURIAM.—Judgment affirmed.

## LEIKAUF ET AL. v. GROSJEAN.

[No. 11,675. Filed May 15, 1924.]

From Allen Circuit Court; *Sol A. Wood*, Judge.

Action by Aristide Grosjean against John Leikauf and another. From a judgment for plaintiff, the defendants appeal. *Reversed.*

*Harry H. Hilgeman* and *S. A. Callahan*, for appellants.

*Heaton & Heaton*, for appellee.

PER CURIAM.—Appellants having shown *prima facie* error, appellee's failure to file brief is taken as a confession of error, for which the judgment is reversed, with directions to sustain appellant's motion to set aside the judgment and default, and for further proceedings. ·

## CECIL ET AL. v. WILLIAMS.

[No. 11,819. Filed May 23, 1924.]

From Jay Circuit Court; *Emerson E. McGriff*, Judge.

Action between Lude M. Cecil and others and John W. Williams, From the judgment rendered, the former appeals. *Affirmed.*

*White & Jones* and *Jacob F. Denny*, for appellants.

*Todd Whipple, John M. Smith* and *James C. Jay*, for appellee. ·

PER CURIAM.—Judgment affirmed.